# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

**WAYLON J. PICOTTE, SR.,**
        Petitioner,

v.                                                  Case No. 13-C-0853

**BRIAN FOSTER, Warden,**
**Kettle Moraine Correctional Institution,**
        Respondent.

---

### NOTICE TO PETITIONER

On July 26, 2013, this court received a petition for writ of habeas corpus from Waylon J. Picotte, Sr. The petition was not accompanied by the $5.00 filing fee or a petition for leave to proceed without prepayment of the filing fee. On July 29, 2013, the Clerk of Court sent Picotte a letter asking him to either pay the filing fee or request leave to proceed without prepayment of the fee within twenty-one days. Along with the letter, the Clerk sent Picotte a form to use in requesting leave to proceed without prepayment of the fee. To date, Picotte has not responded to the Clerk's letter. Piccotte is hereby warned that this case will be dismissed for failure to pay the filing fee if he does not either pay the fee or request leave to proceed without prepayment of the fee within twenty-one days of the date of this order.

Dated at Milwaukee, Wisconsin, this 29th day of August, 2013.

                                            s/ Lynn Adelman
                                            _____
                                            LYNN ADELMAN
                                            District Judge