UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

**WAYLON J. PICOTTE, SR.,**
        Petitioner,

    v.                                        Case No. 13-C-0853

**BRIAN FOSTER, Warden,**
**Kettle Moraine Correctional Institution,**
        Respondent.

## ORDER

Waylon Picotte, Sr., has filed a habeas petition pursuant to 28 U.S.C. § 2254. On November 15, 2013, respondent filed a motion to dismiss the petition. Under the briefing schedule I set in my order reviewing the petition pursuant to Rule 4 of the Rules Governing § 2254 Cases, Picotte's brief in opposition to the motion to dismiss was due within 45 days of November 15. To date, however, Picotte has not filed a response. Picotte is hereby advised that if he does not file a response to the respondent's motion within thirty days of the date of this order, I will assume that he does not oppose the motion and will grant it.

Accordingly, **IT IS ORDERED** that unless the petitioner files a response to respondent's motion to dismiss within thirty days of the date of this order, I will assume that the motion is unopposed and will grant it.

Dated at Milwaukee, Wisconsin, this 16th day of January, 2014.

                                                            s/ Lynn Adelman
                                                            _____
                                                            LYNN ADELMAN
                                                            District Judge